IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEYVONNE NEYLAND, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV24 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY DISTRICT COURT OF NEBRASKA, | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 28th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge